**No. 11-7778. Hozay Royal, Petitioner v. Robert Durison.**

565 U.S. 1182, 132 S. Ct. 1154, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 917.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7790. Ruel Salva Mercado, Petitioner v. James G. Cox, Director, Nevada Department of Corrections, et al.**

565 U.S. 1182, 132 S. Ct. 1154, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 988.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7859. Robert Mann, Petitioner v. Patricia R. Stansberry, Warden.**

565 U.S. 1182, 132 S. Ct. 1154, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 960.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 1000.

**No. 11-7870. James M. Head, Petitioner v. United States.**

565 U.S. 1182, 132 S. Ct. 1154, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 934.

January 23, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 22 A.3d 823.

**No. 11-7872. James R. Griffin, Petitioner v. United States.**

565 U.S. 1183, 132 S. Ct. 1154, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 951.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7874. John Dejuan Hatcher, Petitioner v. United States.**

565 U.S. 1183, 132 S. Ct. 1154, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 1003,

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7877. Michael Calin Gherman, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 1183, 132 S. Ct. 1155, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 923.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7918. Marshall Monroe, Petitioner v. United States.**

565 U.S. 1183, 132 S. Ct. 1155, 181 L. Ed. 2d 1026, 2012 U.S. LEXIS 1045.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 644.